1  AMY M. KARLIN (Bar No. 150016)
   Interim Federal Public Defender
2  BRIANNA FULLER MIRCHEFF (Bar No. 243641)
   (Email: Brianna_Mircheff@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-7524
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   LERONE WHITE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 10-01278-GHK-TJH |
|---|---|
| Plaintiff, | **AMENDED JUDGMENT & COMMITMENT** |
| v. | |
| LERONE WHITE, | |
| Defendant. | |

It is ORDERED that the previously issued judgment and commitment, dated December 21, 2011, shall be amended in the following respects:

The conviction on Count 3, 18 U.S.C. § 924(c) is struck.

Defendant's previously imposed sentence of imprisonment is reduced to time served on Count Two.

The total special assessment shall be $100; any payment in excess of that amount shall be refunded to the defendant.

//

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years, on the same conditions set out in the previous judgment dated December 21, 2011, with the exception of the standard conditions of supervision, which shall be governed by General Order 18-10.

DATED: March 17, 2020     By  /s/ Terry J. Hatter, Jr.
HON. TERRY J. HATTER, JR.
United States District Judge

CC: BOP, USM, FISCAL

Presented by:

  /s/ *Brianna Fuller Mircheff*
Brianna Fuller Mircheff
Deputy Federal Public Defender